DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC ZONK WARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0536

[May 14, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert B. Meadows, Judge; L.T. Case No. 2018CF001563A.

Daniel Eisinger, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the sentence imposed in all respects but one. We reverse the imposition of the $151 "Certain Crimes Against Minors" court cost imposed pursuant to section 938.10, Florida Statutes (2024). As the state concedes, at the time the crime was committed, the victim was not a minor.

*Affirmed in part, reversed in part.*

GROSS, CIKLIN, JJ., and SURBER, MELANIE DALE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***